In the Matter of SAMUEL J. ABATE, JR., et al., Respondents, v CITY OF YONKERS et al., Respondents, and TOWN OF GREENBURGH, Appellant. (Proceeding No. 1.)

In the Matter of TOWN OF GREENBURGH, Appellant, v CITY COUNCIL OF THE CITY OF YONKERS et al., Respondents, and VILLAGE OF ARDSLEY, Intervenor-Respondent. (Proceeding No. 2.)

Submitted November 1, 2004; decided December 21, 2004

Motion, insofar as it seeks leave to appeal in Proceeding No. 1, dismissed upon the ground that it does not lie from the Appellate Division order dismissing the appeal to that Court from the determination entered on default (*see* CPLR 5511); motion, insofar as it seeks leave to appeal in Proceeding No. 2, denied.

CHERYL ANDREA et al., Appellants, v ARNONE, HEDIN, CASKER, KENNEDY AND DRAKE, ARCHITECTS AND LANDSCAPE ARCHITECTS, P.C. (HABITERRA ASSOCIATES), et al., Respondents, et al., Defendants. (Action No. 1.)

MARK FOSTER et al., Appellants, v JAMESTOWN PUBLIC SCHOOLS et al., Defendants, and ARNONE, HEDIN, CASKER, KENNEDY AND DRAKE, ARCHITECTS AND LANDSCAPE ARCHITECTS, P.C. (HABITERRA ASSOCIATES), et al., Respondents. (Action No. 2.)

Submitted November 8, 2004; decided December 21, 2004

Motion for leave to appeal, insofar as made by Timothy Moran, denied; motion for leave to appeal otherwise granted.